### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **LEO ALI MCGRAW,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **FIRSTBANK VIRGIN ISLANDS, NATIONAL** ) <br> **BANK OF THE VIRGIN ISLANDS,** ) <br> ) <br> **Defendants.** ) | Civil No. 3:22-cv-0010 |

### ORDER

**THIS MATTER** comes before the Court on a Report and Recommendation by the United States Magistrate Judge recommending that the complaint be dismissed with prejudice, and that the plaintiff be allowed to amend the complaint. (ECF No. 9.) Plaintiff did not file an objection. After conducting a *de novo* review of the record in this matter, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 9, is **APPROVED** and **ADOPTED** as an Order of this Court; it is further

**ORDERED** that the complaint in this matter is **DISMISSED WITHOUT PREJUDICE,** it is further

**ORDERED** that Plaintiff may, no later than 30 days from date of receipt of this Order, file an amended complaint to cure the deficiencies stated therein; it is further

**ORDERED** that all other pending motions in this matter are **MOOT**; it is further

**ORDERED** that a copy of this Order shall be provided to Plaintiff via certified mail with return receipt requested**.**

**Dated:** March 9, 2023                    */s/ Robert A. Molloy*
                             **ROBERT A. MOLLOY**
                             **Chief Judge**